IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. SETTLES,

        Plaintiff,                     No. CIV S-07-1820 EFB

    vs.

MICHAEL J. ASTRUE,             ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
_____/

        On June 29, 2009, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). As of the date of this order, defendant has failed to file an opposition or statement of non-opposition in response to plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that defendant shall, within twenty (20) days after the filing date of this order: (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file a response to this order showing cause why sanctions should not be imposed for failing to respond to plaintiff's motion, and file an opposition or statement of non-opposition to the motion as required by Local Rule 78-230(c).

////

////

////

1       Failure timely to comply with this order may result in the imposition of sanctions
2 pursuant to Local Rule 11-110 as the court deems appropriate.
3       SO ORDERED.
4 DATED: October 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE