1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT E. SETTLES,

11              Plaintiff,                    No. CIV S-07-1820 EFB

12        vs.

13   MICHAEL J. ASTRUE,                       <u>ORDER</u>
     Commissioner of Social Security,
14
                Defendant.
15   _____/

16        The Commissioner has timely responded to this court's order to show cause filed October

17   22, 2009.  Dckt. Nos. 26, 25.  Good cause having been shown, the order to show cause is hereby

18   discharged.

19        The Commissioner has filed a statement of non-opposition to plaintiff's request for

20   attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1).

21   Plaintiff seeks a total of $5,254.66, for a total of 30.5 hours work by his counsel.[1]  The EAJA

22   _____

23        [1] The requested fees are calculated as follows:  2.7 hours at $166.46 per hour (2007
     rates); 25.1 hours at $172.85 per hour (2008 rates); and 2.7 hours, also at $172.85 per hour
24   (incurred in 2009 but utilizing 2008 rates).  *See* Motion, Dckt. No. 23, at pp. 1-2.
             EAJA rates are based on a threshold of $125 per hour, plus cost-of-living adjustments.
25   *See* 28 U.S.C. § 2412(d)(2)(A)(ii); *Sorenson v. Mink*, 239 F.3d 1140, 1148 (9th Cir.2001);
     *Thangaraja v. Gonzales*, 428 F.3d 870, 876-877 (9th Cir. 2005).  Plaintiff's request conforms
26   with the annual statutory maximum hourly rates for EAJA awards published by the Ninth

                                              1

provides that "a court shall award to a prevailing party . . . fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust," 28 U.S.C. § 2412(d)(1)(A), provided the requested amount is reasonable, *id.*, § 2412(d)(2)(A).  An applicant for Social Security benefits receiving a remand under sentence four of 42 U.S.C. §405(g), as here, is a prevailing party.  *Shalala v. Schaefer*, 509 U.S. 292, 301-302 (1993).

Because the request is reasonable and appropriate and the Commissioner has filed no objection to the requested fees, IT IS HEREBY ORDERED that plaintiff's motion for EAJA fees, Dckt. No. 23, is granted.  Plaintiff is awarded $5,254.66.  Said fees shall be made payable to plaintiff's attorney, pursuant to the agreement between plaintiff and his attorney.[2]

SO ORDERED.

DATED:  October 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Circuit.  *See* http://www.ca9.uscourts.gov/content/view.php?pk_id =0000000039.

[2] *See* Dckt. No. 23, Exhibit 3, Retainer and Contingent Fee Agreement, p. 2, ¶ 3D.